UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>v.<br><br>LEROY "LEE" YOUNG AND YOUNG CAPITAL MANAGEMENT, LLC,<br><br>                       Defendants. | Case No.: 3:18-cv-02170-CAB-MDD<br><br>**ORDER ON CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANT YOUNG CAPITAL MANAGEMENT, LLC**<br>**[Doc. No. 3]** |

Currently before the Court is the Securities and Exchange Commission's (the "Commission") Consent Motion for Entry of Final Judgment against Defendant Capital Management, LLC. [Doc. No. 3.]

## I. BACKGROUND.

On September 19, 2018, the Commission filed a Complaint against Defendants Leroy "Lee" Young and Young Capital Management, LLC alleging violations of the antifraud and registration provisions of the federal securities laws. [Doc. No. 1.]

On September 19, 2018, the Commission submitted a consent motion to the Court requesting entry of final judgment in accordance with the terms of the parties' settlement. [Doc. No. 3.]

In the consent agreement Defendant Young Capital Management, LLC: entered a general appearance; consented to the Court's jurisdiction over it and the subject matter of this action; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; waived any right to appeal from this Final Judgment; admitted the facts alleged in the Complaint and acknowledged that its conduct violated the federal securities laws. [Doc. No. 3-2.]

**II.     DISPOSITION**

Consistent with the foregoing and with the term of the parties' settlement, it is hereby ORDERED as follows:

1. Young Capital Management, LLC is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:
   a) to employ any device, scheme, or artifice to defraud;
   b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or
   c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

   As provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph, (1(a)-1(c)), also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

2. Young Capital Management, LLC is permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15

U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

   a) to employ any device, scheme, or artifice to defraud;
   b) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or
   c) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

As provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph, (2(a)-2(c)), also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

3. Young Capital Management, LLC is permanently restrained and enjoined from violating Section 5 of the Securities Act [15 U.S.C. § 77e] by, directly or indirectly, in the absence of any applicable exemption:
   a) Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;
   b) Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or
   c) Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through

3
3:18-cv-02170-CAB-MDD

the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act [15 U.S.C. § 77h].

As provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph, (3(a)-3(c)), also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

4. The Consent is incorporated herein with the same force and effect as if fully set forth herein, and Young Capital Management, LLC shall comply with all of the undertakings and agreements set forth therein.

5. This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

It is **SO ORDERED.**

Dated: September 25, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge